**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 22-1649**

---

DIANNE G. NICKLES,

        Plaintiff - Appellant,

     v.

TABITHA BONITA GWYNN,

        Defendant - Appellee.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Thomas D. Schroeder, Chief District Judge; L. Patrick Auld, Magistrate Judge.  (1:22-cv-00109-TDS-LPA)

---

Submitted:  October 13, 2022                     Decided:  October 17, 2022

---

Before NIEMEYER and AGEE, Circuit Judges, and KEENAN, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Dianne G. Nickles, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dianne G. Nickles seeks to appeal the magistrate judge's text order remanding her action to state court. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

In civil cases, parties have 30 days after the entry of the final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The magistrate judge entered the text order on February 9, 2022. Nickles' notice of appeal is considered filed on June 9, 2022, when it was received by this court. Because Nickles failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2